___

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                **CHAPTER 13 NO:**

TERRANCE JUDON                                        22-11827

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration on the Oral Motion of the Trustee for a Final Order of Dismissal of this Chapter 13 Case, and the Court, being fully advised in the premises, does hereby find and Order as follows:

THAT, pursuant to an Order entered by this Court on or about October 13, 2022, original being in the Court file, the Debtor was to appear at the 341a meeting of creditors on November 16, 2022, or the case would be automatically dismissed.

THAT, the Debtor has failed to abide by the aforesaid Order, as the Debtor failed to appear for the third (3rd) scheduling of the 341a meeting of creditors.

THAT, the Trustee's ore tenus Motion is granted, and this case is hereby dismissed.

###END OF ORDER###

SUBMITTED BY:
/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TERRE M. VARDAMAN,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com