**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **JUDON, TERRENCE**                                     **Case No. 22-11827**

    **Debtor.**                                                          **Chapter 13**

### ORDER GRANTING MOTION TO ALLOW TRUSTEE TO PAY FUNDS ON HAND TO DEBTORS' ATTORNEY FOR FEES DUE (dkt 38)

THIS CAUSE came before the Court on Catherine Umberger's Motion to Allow Trustee To Pay Funds On Hand to Debtor's Attorney for Fees Due (dkt 38) as related to the no look fee and the filing of the bankruptcy related documents, and the Court finds that no timely objections have been filed or received and that after reviewing said Application, the Debtor should be authorized to disburse the attorneys' fees and legal expenses as outlined in said Application.

IT IS, THEREFORE, ORDERD, ADJUDGED, AND DECREED that the Motion is Granted and the Trustee shall disburse to Catherine Umberger and the Mayfield Law Firm up to the balance of $3,600 on the "no-look" fee should be paid from any funds on hand.

##END OF ORDER##

/s/Catherine Umberger
Mayfield Law Firm
P.O. Box 9
Tupelo, MS 38802
106 W Franklin Street (38804)
MS BAR NO: 104458
662-841-8844
cu@mayfieldlawfirm.com